USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/11

**Susan G. Kellman**
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

Telephone: (718) 783-8200          Telefax: (718) 783-8226
e-mail: kellmanesq@aol.com

January 3, 2011

**BY ECF and REGULAR MAIL**
Hon. William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Jose Navas**
      **S3 08 Cr. 1144 (WHP)**

Dear Judge Pauley:

Counsel was appointed to represent Arturo Morel in the above-referenced matter, pursuant to the Criminal Justice Act.

It is counsel's understanding that the case is currently scheduled for trial – with or without Mr. Morel – later this month. It is counsel's further understanding that the government does not plan to try Mr. Arturo Morel *in absentia*. Subject to the Court's view in this regard, counsel has no current plan to attend the trial of this matter.

The Court's consideration of this matter is appreciated.

Respectfully submitted,

Susan G. Kellman

cc:   Telemachus P. Kasulis, Esq.
      Asst. United States Atty.

      All counsel

*All counsel are directed to appear at the final pretrial conference on January 21, 2011*
SO ORDERED: *at 2:15 p.m.*

WILLIAM H. PAULEY III U.S.D.J.
1/7/11